**Order entered August 9, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00694-CV

### NEVADA NATIONAL ADVERTISING, INC., ET AL., Appellants

### V.

### SILVERLEAF RESORTS, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13688**

## ORDER

We **GRANT** appellee's August 5, 2016 unopposed motion for an extension of time to file a brief and extend the time to **AUGUST 12, 2016**.

/s/      ELIZABETH LANG-MIERS
JUSTICE